812 A.2d 448

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Louis DOTTLE, Jr., Petitioner.**

Supreme Court of Pennsylvania.

June 1, 2001.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of June, 2001, the Order filed on the 31st day of May, 2001, is hereby RESCINDED. The matter is being RESERVED for further study.